IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Root Property and Casualty Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Aniah Scott,<br><br>Defendant. | Civil Action No.: 3:25-cv-12949-JFA<br><br>**PLAINTIFF'S RULE 26.01 RESPONSES** |

Pursuant to Local Civil Rule 26.01, Plaintiff submits the following answers:

(A)  State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:**   **None known.**

(B)  As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**   **This is a matter of law to be tried non-jury.**

(C)  State whether the party submitting these responses is a publicly owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:**   **Plaintiff, Root Property and Casualty Insurance Company, is a wholly owned subsidiary of Caret Holdings, Inc. No publicly held corporation owns more than 10% of the stock of Plaintiff. Root, Inc., a Delaware corporation, is the parent company of Caret Holdings, Inc., and is a public company.  Further answering:**

    **(1) Root, Inc.**

    **(2) None.**

    **(3) None.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**    **Plaintiff Root Property and Casualty Insurance Company is an Ohio Corporation, and Defendant is a resident of Richland County therefore this action is being removed to the Columbia Division of United States District Court for the District of South Carolina.**

(E)    Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**    **Plaintiff does not have knowledge of any other matter filed in this District to which this action might relate.**

(F)    If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**    **N/A**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: N/A**

(H) In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: Plaintiff is an entity organized under the laws of Ohio and with its principal place of business in Ohio.**

        WHELAN MELLEN & NORRIS, LLC

        By: *s/* ROBERT W. WHELAN
            Robert W. Whelan
            Federal Bar No. 9242
            E-Mail: robbie@whelanmellen.com
            89 Broad Street
            Charleston, SC 29401
            (843) 998-7099

        *Counsel for Plaintiff*

Charleston, South Carolina

10/13/2025